UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

D-1 RONALD SZOLACK,

                Defendant.
_____/

Case: 2:23−cr−20020
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 1/6/2023
Description: INFO USA V. SZOLACK (NA)

Violation/Offense: 18 U.S.C. § 1001(a)(2) False Statement

# *I N F O R M A T I O N*

*The United States Attorney Charges that:*

**COUNT ONE:
FALSE STATEMENT (18 U.S.C. § 1001(a)(2))**

That on or about March 13, 2018, RONALD SZOLACK did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely stating to agents of the Federal Bureau of Investigation and the Internal Revenue Service, Criminal Investigation Division, who were engaged in a criminal investigation concerning a November 30, 2009 residential real estate transaction on involving SZOLACK and another, that a specified real estate

agent advised him that the proposed transaction was completely legal during an interview at the Office of the United States Attorney in Detroit, within the Eastern District of Michigan. That statement was false because, as SZOLACK then and there knew, neither he nor the other individual involved in the transaction ever received any such advice, and the statement was material because it tended to negate the element of fraudulent intent on the part of SZOLACK and the other individual, all in violation of Title 18, United States Code, Section 1001(a)(2).

Respectfully submitted,

DAWN N. ISON

United States Attorney

s/Craig A. Weier (P33261)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3220
(313) 226-9678

s/John K. Neal
Assistant United States Attorney
Chief, White Collar Crimes Unit

Dated: January 6, 2023

**(Companion Case information MUST be completed by AUSA and initialed.)**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:23−cr−20020 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: C.A.W |

**Case Title:** USA v. D-1 RONALD SZOLACK

**County where offense occurred:** Wayne County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

_____Indictment/ ✔ Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**            ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 6, 2023
Date

*s/*Craig A. Weier
Craig A. Weier
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9678
Fax:     (313) 226-2873
E-Mail address: craig.weier@usdoj.gov
Attorney Bar #: P33261

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.